**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6059

TERRY LEE ROSEBORO,

Plaintiff - Appellant,

versus

LUCKY T. OSHO,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Chief District Judge.  (CA-04-178-5)

Submitted:  March 24, 2005               Decided:  March 31, 2005

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Lee Roseboro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry Lee Roseboro appeals the district court's orders dismissing his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), for failure to state a claim, <u>see</u> 28 U.S.C. § 1915(e)(2) (2000), and denying his subsequent motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Roseboro v. Osho</u>, No. CA-04-178-5 (W.D.N.C. Nov. 29, 2004 & Dec. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>